THE CONSOLIDATED TRACTION COMPANY, PLAINTIFF IN ERROR, v. JOHN SHAFFERY, DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of the Supreme Court, see *ante p.* 34.

For the plaintiff in error, *George T. Werts.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment will be affirmed, for the reasons given in the opinion of Mr. Justice Garrison, in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, COLLINS, DEPUE, DIXON, GUMMERE, LUDLOW, ADAMS, BOGERT, HENDRICKSON, NIXON. 10.

*For reversal*—None.